In the Matter of the Probate of the Will of JOSEF LIEBER, Deceased. JOSEPH HANDLER, Appellant; HEDY WEGIER, Respondent.— Orders unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Callahan, J. P., Breitel, Bastow, Botein and Bergan, JJ. [204 Misc. 209.] [See post, p. 1045.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM POTTER, Appellant.— Judgment unanimously affirmed. No opinion. Present — Callahan, J. P., Breitel, Bastow, Botein and Bergan, JJ.

AMTORG TRADING CORPORATION, Appellant-Respondent, v. UNITED STATES WALLBOARD MACHINERY COMPANY, Defendant, and STANDARD ACCIDENT INSURANCE COMPANY, Respondent-Appellant.— Orders unanimously affirmed. No opinion. Present — Callahan, J. P., Breitel, Bastow, Botein and Bergan, JJ. [204 Misc. 479.]

In the Matter of ANNA D. KILGUS, Petitioner, against BOARD OF ESTIMATE OF THE CITY OF NEW YORK et al., Respondents.— Determination unanimously confirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Callahan, J. P., Breitel, Bastow, Botein and Bergan, JJ. [See 283 App. Div. 696.]

In the Matter of ALLERTON NEW YORK CORPORATION, Appellant, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Respondents. [22 E. 38th St., Borough of Manhattan.] — Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Callahan, J. P., Breitel, Bastow, Botein and Bergan, JJ.

In the Matter of the Accounting of CITY BANK FARMERS TRUST COMPANY, as Successor Trustee under Declarations of Trust Made by BENJAMIN MORDECAI, Now Deceased, Respondent. ANTHONY J. GRAZIANO, as Guardian ad Litem for BENJAMIN MORDECAI, an Infant, Respondent; ALLEN L. MORDECAI, Appellant.— Order unanimously affirmed, with one bill of $20 costs and disbursements to the respondents. No opinion. Present — Callahan, J. P., Breitel, Bastow, Botein and Bergan, JJ.

In the Matter of the Accounting of ISABELLA L. McQUADE et al., as Executrices of EUGENE McGRATH, Deceased, Respondents. JOSEPH McGRATH et al., Appellants; ROMAN CATHOLIC PARISH CHURCH OF TOWN OF DROMORE et al., Respondents.— Decree, so far as appealed from, unanimously affirmed, with costs to the respondents. No opinion. Present — Callahan, J. P., Breitel, Bastow, Botein and Bergan, JJ.